```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 14081
   TENEISHA GEATER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-9070


-----------------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
      The case was filed on 08/06/2007 and was confirmed 10/18/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 05/29/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
-----------------------------------------------------------------------------
CITY OF CHICAGO PARKING    UNSEC W/INTER   NOT FILED           .00             .00
ARNOLD SCOTT HARRIS        NOTICE ONLY     NOT FILED           .00             .00
CONSUMER PORTFOLIO SERV    SECURED VEHIC        .00            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     461.94            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER     269.79            .00             .00
ROUNDUP FUNDING LLC        UNSEC W/INTER    1292.52            .00             .00
CAPITAL ONE                FILED LATE           .00            .00             .00
HELLER & RICHMOND~         DEBTOR ATTY     2,574.00                       2,272.69
TOM VAUGHN                 TRUSTEE                                          167.31
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                 2,440.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   2,272.69
TRUSTEE COMPENSATION                               167.31
DEBTOR REFUND                                         .00
                      ---------------      ---------------
TOTALS                  2,440.00                 2,440.00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14081 TENEISHA GEATER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                           /s/ Tom Vaughn

Dated: 08/26/08                               _____
                                                           TOM VAUGHN
                                                           CHAPTER 13 TRUSTEE